800 A.2d 927

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Marcus LLOYD, Appellant.**

**No. 312 CAP.**

Supreme Court of Pennsylvania.

May 29, 2002.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of May, 2002, the Petition to Remand for Resentencing is granted and the matter is remanded to the common pleas court for a new sentencing hearing.